15 So.2d 923

**Olin HAMMONDS v. STATE.**

**5 Div. 177.**

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

---

18 So.2d 116

**Floyd HANLEY v. STATE.**

**6 Div. 26.**

Court of Appeals of Alabama.
March 28, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

12 So.2d 871

**John HARDWICK v. STATE.**

**7 Div. 723.**

Court of Appeals of Alabama.
Feb. 16, 1943.

Earle Montgomery, of Talladega, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

---

13 So.2d 898

**James HARRIS v. CITY OF HUNTSVILLE.**

**8 Div. 309.**

Court of Appeals of Alabama.
May 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed, want of prosecution.

---

19 So.2d 853

**Robert Henry HARRIS v. STATE.**

**4 Div. 854.**

Court of Appeals of Alabama.
Nov. 14, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

12 So.2d 871

**Onus HARRISON v. STATE.**

**8 Div. 232.**

Court of Appeals of Alabama.
March 23, 1943.

W. W. Malone, of Athens, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.